IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GEORGE WALTERS, )<br>     Plaintiff, )<br>                     )<br>v.              )   Civil Action No. CCB-00-2887<br>                     )<br>CRISPLANT, INC., )<br>     Defendant. ) | |

**ORDER**

The Court, having considered the parties' Consent Order Extending Time for Filing Plaintiff's Opposition to and Reply Memorandum in Support of Defendant Crisplant's Motion for Summary Judgment and, it appearing that such Consent is supported by just cause, does hereby ORDER this 7th day of June, 2001, that Plaintiff's Opposition shall be filed on or before June 20, 2001, and that Defendant's Reply Memorandum shall be filed on or before July 13, 2001.

_____
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE