IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 AUG 24 P 3: 05

CLERK'S OFFICE
AT BALTIMORE

GEORGE WALTERS          *

    v.                    *     CIVIL NO. B-00-2287

CRISPLANT, INC.         *

\*      \*      \*      oOo      \*      \*      \*

<u>O R D E R</u>

In accordance with the oral opinion rendered in court today in the above-captioned case, IT IS this <u>24th</u> day of August, 2001, by the United States District Court for the District of Maryland,

ORDERED:

    (1) That Defendant Crisplant Inc.'s Motion for Summary Judgment (Paper 5) IS GRANTED;

    (2) That Judgment is entered in favor of defendant Crisplant, Inc., against plaintiff George Walters, with each party to bear its own costs; and

    (3) That the Clerk shall mail a copy of this Order forthwith to counsel of record.

_____
Walter E. Black, Jr.
Senior Judge